# IN THE UNITED STATES COURT OF FEDERAL CLAIMS
## BID PROTEST

| | |
|---|---|
| GARUD TECHNOLOGY SERVICES, INC.<br><br>Plaintiff,<br>v.<br><br>UNITED STATES<br><br>Defendant. | No. 23-1792 C<br><br>(Judge _____) |

## MOTION FOR A PROTECTIVE ORDER

Pursuant to Paragraph 17 of Appendix C, *Procedure in Protest Cases*, to the Rules of the United States Court of Federal Claims, Plaintiff, Garud Technology Services, Inc. ("GTS"), through undersigned counsel, moves this Court for a protective order.

1. GTS is an actual offeror in response to Solicitation No. 70BO4C23QOITESB2, as amended (the "Solicitation"), issued by the U.S. Department of Homeland Security – Customs and Border Protection ("CBP").

2. GTS files this Motion along with its Complaint protesting the CBP's unreasonable decision to consider two quotes submitted by GTS to be unacceptable.

3. The Complaint contains confidential and proprietary information and trade secrets of GTS, the public release of which would cause competitive harm to GTS.

4. The Complaint also contains source selection sensitive information, the public release of which could cause harm to the integrity of the competitive process.

WHEREFORE, GTS respectfully requests that the Court grant this motion, and issue its standard protective order.

| | |
|---|---|
| Dated: October 12, 2023 | Respectfully submitted, |
| | |
| Of Counsel: | /s/ John E. Jensen |
| Robert C. Starling | John E. Jensen |
| **PILLSBURY WINTHROP** | **PILLSBURY WINTHROP** |
| **SHAW PITTMAN LLP** | **SHAW PITTMAN LLP** |
| 1650 Tysons Boulevard | 1650 Tysons Boulevard |
| McLean, VA 22102-4859 | McLean, VA 22102-4859 |
| (703) 770-7528 | (703) 770-7560 |
| (703) 770-7901 (fax) | (703) 770-7901 (fax) |
| robert.starling@pillsburylaw.com | john.jensen@pillsburylaw.com |
| | |
| Whitney N. Alston | *Attorney of Record for Plaintiff* |
| **PILLSBURY WINTHROP** | *Garud Technology Services, Inc.* |
| **SHAW PITTMAN LLP** | |
| 724 S. Figueroa Street, Suite 2800 | |
| Los Angeles, CA 90017 | |
| (213) 488-3639 | |
| (213) 488-1033 (fax) | |
| whitney.alston@pillsburylaw.com | |

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was filed electronically via the CM/ECF system.  A true and correct copy was also served by email to the following party, this 12th day of October 2023:

>U.S. Department of Justice
>Commercial Litigation Branch
>1100 L Street, NW, 8th Floor
>Washington, DC 20530
>Fax: (202) 305-2062
>
>E-mail: nationalcourts.bidprotest@usdoj.gov

/s/ Robert C. Starling
Robert C. Starling
